UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
November 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-cr-00337-LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| PAUL DOUGLAS WHITE, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PAUL DOUGLAS WHITE, Case No. 2:13-cr-00337-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $50,000.00

  __X__   Unsecured Appearance Bond

  ____   Secured Appearance Bond

  __X__   (Other) Conditions as stated on the record.

  ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  11/14/2013  at 2:57 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge