UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ENRIQUE VELARDES ZAZUETA, aka Julio Cesar Machado Lopez; JESUS RAMON MACHADO LOPEZ; FRANCISCO PARRA ARELLANEZ, aka Kiko, aka Chino; MARIA D. ARELLANEZ RIOS, aka Dona Chuy; JUAN ALAMILLA GUZMAN; OMAR ADRIAN GONZALEZ NUNO, aka Centella; VERENYS PARRA ARELLANEZ; JOVANY ROMO ARELLANES, aka Mantequilla; YU NUNG CHEN; and EFRAIN PADILLA PENA,<br><br>    Defendants. | No. 2:13-cr-00227-GEB<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADELA GUERRERO, and BLANCA GUERREO,<br>    Defendants. | No. 2:13-cr-00331-GEB |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CASSANDRA LYNN ROSS-MORALES,<br><br>    Defendant. | No. 2:13-cr-00335-GEB |

1

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-00337-LKK |
| Plaintiff, | |
| v. | |
| PAUL DOUGLAS WHITE, and GREGORY MAYO, | |
| Defendant. | |

On November 20, 2013, the United States of America filed a "Notice of Related Cases," (ECF No. 58), in which it states:

> Pursuant to Local Rule 123, the [above-referenced] cases involve the same parties and much of the same evidence of drug trafficking, including intercepted communications. Further, reassignment of the cases to the same district judge is "likely to effect a substantial savings of judicial effort" because it will necessarily avoid the "substantial duplication of labor" by the judiciary of this district, including any issues regarding discovery or admissibility of evidence and any questions of law that may arise thereto. See EDCA L.R. 123(a)(3)-(4).
>
> For the foregoing reasons, the United States believes that the above-captioned cases are related within the meaning of Local Rule 123. Consequently, the United States respectfully requests that United States v. White, *et al.*, Case No. 2:13-cr-337 LKK be reassigned to the Honorable Garland E. Burrell, Jr., in accordance with the provisions of the Local Rules of this district.

(Notice of Related Cases 3:5-14.)

Examination of the above-entitled actions reveals they are related within the meaning of Local Rule 123. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was

assigned. Therefore, action No. 2:13-cr-00337-LKK is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned cases shall show the initials "GEB." Further, any date currently set in the reassigned case is VACATED. The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS FURTHER ORDERED that a Status Conference is scheduled to commence at 9:00 a.m. on December 13, 2013, in action No. 2:13-cr-00337.

Dated: November 21, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

3